THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGEL FIGUEROA § | |
| § | |
| Plaintiff, § | |
| § | |
| § | Civil Action No. H-03-2674 |
| vs. § | |
| § | |
| MARINE TRANSPORT LINES, INC., § | |
| And INTREPID PERSONNEL & § | |
| PROVISIONING INC., § | |
| § | |
| Defendants. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendants. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 28th day of July, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**